United States Bankruptcy Court
Southern District of Florida

In re:
Syed Ali Raza
Debtor

Case No. 26-19690-MAM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113C-9 User: admin Page 1 of 2
Date Rcvd: Aug 13, 2026 Form ID: pdf004 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | U.S. Bank N.A., as Trustee for Velocity Commercial, Shapiro Ramos, 19 W Flagler Street, Suite 516, Miami, FL 33130 UNITED STATES 33130-4403 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: aliraza915@gmail.com | Aug 13 2026 23:55:00 | Syed Ali Raza, 17799 Cadena Drive, Boca Raton, FL 33496-1068 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cynthia M Ramos | on behalf of Attorney U.S. Bank N.A. as Trustee for Velocity Commercial Capital Loan Trust 2022-3 CMR@shapiroramos.com, le@shapiroramos.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | auto-forward-ecf@ch13weiner.com |

TOTAL: 3

FILED-USBC, FLS-WPB
'26 AUG 12 AM8:57
A.M

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

PAID
$298.00 N

**Case No.: 26-19690-BKC-MAM**
**Chapter 13 Proceeding**

**IN RE:**

**RAZA, SYED ALI**

**Debtors.**
/

**DEBTOR'S, SYED ALI RAZA, NOTICE OF APPEAL OF ORDER GRANTING US BANK'S EMERGENCY MOTION FOR ORDER CONFIRMING THAT AUTOMATIC STAY IS NOT IN EFFECT [DE 43]**

Notice is hereby given that **Syed Ali Raza** (referred to as "Debtor"), *pro se*, hereby appeals to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. §158(d) and Federal Rule of Appellate Procedure 3(a), the following Orders of the Bankruptcy Court:

(1) the Order Granting US Bank's Emergency Motion for Order Confirming that Automatic Stay is not in Effect **[DE 43]**. A copy of the Bankruptcy Court's is attached hereto as Exhibit "A".

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via Regular U.S. Mail to all parties who are not on the list to receive e-mail notification/service for this case on this 12th day of August 2026.

Syed Ali RAZA

**ORDERED in the Southern District of Florida on August 10, 2026.**

Mindy A. Mora

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

**IN RE:**
SYED ALI RAZA — CASE NO. 26-19690 MAM

Debtor — CHAPTER 13
_____ _______________/

**ORDER GRANTING U.S. BANK'S EMERGENCY MOTION FOR ORDER CONFIRMING THAT AUTOMATIC STAY IS NOT IN EFFECT**

THIS CAUSE came on before the Court on August 6, 2026, on the 10:00 a.m. calendar, on the emergency motion of U.S. Bank National Association as Trustee for Velocity Commercial Capital Loan Trust 2022-3 ("US Bank") for an order confirming the automatic stay does not apply [DE#9] such that in rem relief may proceed in the United States District Court, Fort Lauderdale Division, Case Number 22-81091-CIV-SMITH in the case styled *Starlight Distribution, Inc., Syed Ali Raza and Iram Hussain Raza v. U.S. Bank, N.A., as Trustee, et al.*

On August 16, 2024, pursuant to 11 USC 362(d), the Court entered the Order Granting Secured Creditor US Bank's Motion for Relief from Automatic Stay in *In Re: Syed Ali Raza*, Case

No. 24-16162 EPK, DE#41. The referenced Order allowed US Bank to proceed with foreclosure sale, judicial auction, possession and further disposition of the subject property without further order of Court. The Order provided for relief from the automatic stay in any other case filed by any party purporting to affect the above-described real property for a period of two (2) years after entry of the Order.

The Court finds that the Debtor filed the instant bankruptcy on July 23, 2026 where he attempted to resurrect the automatic stay to avoid an eviction scheduled on July 25, 2026.

The Court finds pursuant to 11 USC 362(d) that this latest bankruptcy petition is part of an ongoing pattern to hinder, delay or defraud US Bank.

Based on these findings and the Court hearing argument by counsel for the movant US Bank and the pro se Debtor Syed Ali Raza, it is ORDERED that

1. The motion is Granted.

2. The eviction of all occupants and in rem relief may proceed concerning the subject real property located at 17799 Cadena Drive, Boca Raton, FL 33496 which is more particularly described as follows:

   Lot 26, Block G2, OAKS AT BOCA RATON, PLAT EIGHT, according to the Plat thereof, recorded in Plat Book 103 at Page 115, of the Public Records of Palm Beach County, FL

3. Relief from the automatic stay under the August 16, 2024 Order is extended until October 5, 2026 and the relief granted herein shall be binding in any other case filed by any party purporting to affect the above described real property so that US Bank may proceed with eviction and such other in rem relief as necessary to obtain

Case 26-19690-MAM Doc 43 Filed 08/11/26 Page 3 of 3

possession of the subject real property *without further order of the Court.*

###

Prepared by: Cynthia M. Ramos, Esq.
Shapiro Ramos, professional association
19 West Flagler Street, Suite 516
Miami, FL 33130
FBN 958557
(305) 374-0052/ Fax: (305)374-7320
cmr@shapiroramos.com

Cynthia Ramos, Esq. is directed to furnish a conformed copy of this Order immediately upon receipt of same on the parties listed and to file a certificate of service with the Court.

Case 26-19690-MAM Doc 52 Filed 08/15/26 Page 7 of 9

**ORDERED in the Southern District of Florida on August 10, 2026.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

**IN RE**:
SYED ALI RAZA — CASE NO. 26-19690 MAM

Debtor — CHAPTER 13

______________________________/

**ORDER GRANTING U.S. BANK'S EMERGENCY MOTION FOR ORDER CONFIRMING THAT AUTOMATIC STAY IS NOT IN EFFECT**

THIS CAUSE came on before the Court on August 6, 2026, on the 10:00 a.m. calendar, on the emergency motion of U.S. Bank National Association as Trustee for Velocity Commercial Capital Loan Trust 2022-3 ("US Bank") for an order confirming the automatic stay does not apply [DE#9] such that in rem relief may proceed in the United States District Court, Fort Lauderdale Division, Case Number 22-81091-CIV-SMITH in the case styled *Starlight Distribution, Inc., Syed Ali Raza and Iram Hussain Raza v. U.S. Bank, N.A., as Trustee, et al.*

On August 16, 2024, pursuant to 11 USC 362(d), the Court entered the Order Granting Secured Creditor US Bank's Motion for Relief from Automatic Stay in *In Re: Syed Ali Raza*, Case

No. 24-16162 EPK, DE#41. The referenced Order allowed US Bank to proceed with foreclosure sale, judicial auction, possession and further disposition of the subject property without further order of Court. The Order provided for relief from the automatic stay in any other case filed by any party purporting to affect the above-described real property for a period of two (2) years after entry of the Order.

The Court finds that the Debtor filed the instant bankruptcy on July 23, 2026 where he attempted to resurrect the automatic stay to avoid an eviction scheduled on July 25, 2026.

The Court finds pursuant to 11 USC 362(d) that this latest bankruptcy petition is part of an ongoing pattern to hinder, delay or defraud US Bank.

Based on these findings and the Court hearing argument by counsel for the movant US Bank and the pro se Debtor Syed Ali Raza, it is ORDERED that

1. The motion is Granted.

2. The eviction of all occupants and in rem relief may proceed concerning the subject real property located at 17799 Cadena Drive, Boca Raton, FL 33496 which is more particularly described as follows:

   Lot 26, Block G2, OAKS AT BOCA RATON, PLAT EIGHT, according to the Plat thereof, recorded in Plat Book 103 at Page 115, of the Public Records of Palm Beach County, FL

3. Relief from the automatic stay under the August 16, 2024 Order is extended until October 5, 2026 and the relief granted herein shall be binding in any other case filed by any party purporting to affect the above described real property so that US Bank may proceed with eviction and such other in rem relief as necessary to obtain

Case 26-19690-MAM Doc 43 Filed 03/11/26 Page 3 of 3

possession of the subject real property *without further order of the Court.*

###

Prepared by: Cynthia M. Ramos, Esq.
Shapiro Ramos, professional association
19 West Flagler Street, Suite 516
Miami, FL 33130
FBN 958557
(305) 374-0052/ Fax: (305)374-7320
cmr@shapiroramos.com

Cynthia Ramos, Esq. is directed to furnish a conformed copy of this Order immediately upon receipt of same on the parties listed and to file a certificate of service with the Court.